TERRANCE E. WILLIAMS
Name

P00076894
Prison Number

Filed ___ Received ___ Entered ___ Served On
Counsel/Parties of Record

DEC 1 2023

Clerk US District Court
District of Nevada
By:_____ Deputy

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
***

TERRANCE E. WILLIAMS,
Plaintiff

vs.

STATE OF NEVADA (KOSSOW, K.A.),

_____,

_____,

_____,

_____,
Defendant(s).

Case No. 3:23-cv-00581-ART-CLB
(Supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

### A.    JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, TERRANCE E. WILLIAMS,
(print plaintiff's name)

who presently resides at 911 PARR BLVD _____, were violated by

the actions of the below-named individuals that were directed against Plaintiff at

W.C.S.O. RENO, NV. 89512 _____ on the following dates:
(institution/city where violation occurred)

5TH AMENDMENT VIOLATION  6TH AMENDMENT VIOLATION, and  8TH AMENDMENT VIOLATION
(Claim 1)                (Claim 2)                      (Claim 3)

Revised 7/8/19

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant <u>STATE of NEVADA (Kelly A. Kossow)</u> resides at _____, and is
   (full name of first defendant)                                (address of first defendant)

   employed as <u>STATE of NEVADA CHIEF DISTRICT ATTORNEY</u>. This defendant is sued in his/her
                  (defendant's position and title, if any)

   ✓ individual ✓ official capacity. (Check one or both.) Explain how this defendant was acting

   under color of law: <u>UNDER THE LEGISLATION SET FORTH PER federal Rule of civil</u>

   <u>procedure 65(a) THE DEFENDANT IS VIOLATING PLAINTIFFS 5TH, 6TH, 8TH AMENDMENT RIGHTS.</u>

3) Defendant _____ resides at _____, and is

   employed as _____. This defendant is sued in his/her

   ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting

   under color of law: _____

   _____

4) Defendant _____ resides at _____, and is

   employed as _____. This defendant is sued in his/her

   ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting

   under color of law: _____

   _____

2

5) Defendant _____ resides at _____, and is employed as _____. This defendant is sued in his/her ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

_____

6) Defendant _____ resides at _____, and is employed as _____. This defendant is sued in his/her ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

_____

_____

**B.  NATURE OF THE CASE**

8) Briefly state the background of your case.

ON 8/29/23 I WAS ARRESTED BY R.P.D. AND HAVE BEEN HELD AT W.C.S.O AS(A) PRE-TRIAL DETAINEE AND MY 5TH, 6TH AND 8TH AMENDMENT RIGHTS ARE IMPLIED TO BEING VIOLATED BY THE STATE OF NEVADA W.C.S.O AND STATE DISTRICT ATTORNEY'S OFFICE (OFFICIALS) AS WELL AS WASHOE COUNTY PUBLIC DEFENDERS OFFICE, BECAUSE I HAVE BEEN HELD WITHOUT PRELIMINARY HEARING FORMALLY UP TO THIS DATE OF 11/ /23

C. CAUSE(S) OF ACTION

CLAIM 1

The following civil rights have been violated: 5TH AMENDMENT

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

- I AM NOT UNDER AN INDICTMENT.

4

## CLAIM 2

The following civil rights have been violated: __6TH AMENDMENT__

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

ON THE 12TH OF OCTOBER 2023 DUE TO NEGLIGENT DISCRETION OF W.C.S.O. STAFF A PROFESSIONAL LEGAL VISIT WITH MY LEGAL DEFENDER (ALTERNATE) WAS CANCELLED/POSTPONED. THIS MATTER WAS GRIEVED.

5

## CLAIM 3

The following civil rights have been violated: 8TH AMENDMENT

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

— ON 10/23/23 WAS EXPOSED TO DISENTARY IN UNIT 16 WHILE IN ROOM/CELL #15 — UNIT OFFICERS ITNER & PARKER

9) – Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? Circle one: **Yes** or No. If your answer is "Yes," describe each lawsuit. (If more than one, describe the others on an additional page answering the following questions.)

   a) Defendants: W.C.S.O

   b) Name of court and docket number: 3:21-CV-00133

   c) Disposition (for example, was the case dismissed, appealed or is it still pending?):

   SETTLED

   d) Issues raised: 8TH AMENDMENT VIOLATION

   e) Approximate date it was filed: 4/21

   f) Approximate date of disposition: 2/23

10) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? Circle one: Yes or **No**. If your answer is "Yes," describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page answering the following questions.)

   **Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

   a) Defendants: _____

   b) Name of court and case number: _____

   c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

   d) Issues raised: _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

7